IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELIZABETH A. BURDEN**                                                           **PLAINTIFF**

**v.**                                             **Civil Action No. 4:24-cv-128-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

<u>**ORDER REVERSING AND REMANDING**</u>

The Court, having considered the Commissioner's unopposed motion to remand [18], hereby orders that this case be REVERSED AND REMANDED under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further consideration and administrative action.

SO ORDERED, this the 15th day of July, 2025.

                                                      */s/ Jane M. Virden*
                                                       HONORABLE JANE M. VIRDEN
                                                       UNITED STATES MAGISTRATE JUDGE